# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **CECIL PARKER** | § | |
| | § | |
| **V.** | § | **No.  5:05CV221** |
| | § | |
| **FRANCIS J. HARVEY, SECRETARY** | § | |
| **DEPT. OF THE ARMY** | § | |
| | § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report and Recommendation of the Magistrate Judge, dated March 6, 2007, which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation have been filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

   **ORDERED** that Plaintiff's Request for Injunction (Dkt. No. 45) is **DENIED**.

   **SIGNED this 30th day of March, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE